IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1731

GREENWAY, LLC. and G.H.M.D., LLC.,

      Appellants,

v.

STEINHATCHEE ANCIENT OAKS PROPERTY OWNER'S ASSOCIATION, INC. and TRI-COUNTY ELECTRIC COOPERATIVE, INC.,

      Appellees.

_____/

Opinion filed December 4, 2015.

An appeal from the Circuit Court for Taylor County.
Andrew J. Decker, III, Judge.

David Lawrence, Tallahassee and Guillermo M. Mancebo of the Mancebo Law Group, P.A., Miami, for Appellants.

Joseph R. Fritz of Joseph R. Fritz, P.A., Tampa, for Appellee Steinhatchee Ancient Oaks Property Owner's Association, Inc. and E. Dylan Rivers of Ausley & McMullen, Tallahassee, for Appellee Tri-County Electric Cooperative, Inc.


PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., BENTON, and KELSEY, JJ., CONCUR.